IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN B. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV356 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY CORRECTIONAL CENTER MEDICAL DEPARTMENT, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to pay the initial partial filing fee (Filing No. 9). The plaintiff explains that he was moved to community custody on work detail and as of October 31, 2007, he has not worked. He asks that his deadline for paying the initial partial filing fee be extended to March of 2008.

As of September 19, 2007, the average two-month balance in the plaintiff's institutional account was $166.75. The plaintiff does not state what his account balance is at this time, and he does not explain why he needs an additional four months to accumulate the funds needed to pay an initial partial filing fee of $33.35. Accordingly,

IT IS ORDERED:

1) The plaintiff's motion for an extension of time is granted in part.

2) The plaintiff is given a one-month extension to pay his initial partial filing fee. The plaintiff shall pay an initial partial filing fee of $33.35 by December 19, 2007. Absent the timely payment of this initial partial filing fee, this case may be subject to dismissal without further notice.

3) The Clerk of the court is directed to set the following pro se case management deadline using the following text: December 19, 2007 – initial filing fee payment due.

DATED this 8th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court