IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

KEVIN B. HARRIS,                    )
                                    )
                Plaintiff,          )              8:07CV356
                                    )
        v.                          )
                                    )
DOUGLAS COUNTY CORRECTIONAL         )              ORDER
CENTER, MEDICAL DEPARTMENT,         )
                                    )
                Defendant.          )
_____     )


        This matter is before the Court on plaintiff's motion
to amend order regarding filing fees (Filing No. 13.)  In his
motion, plaintiff requests that the Court amend its previous
memorandum and order which granted plaintiff *in forma pauperis*
status and permitted him to pay the filing fee over a period of
time in accordance with the Prisoner Litigation Reform Act.  The
Court has carefully reviewed the motion and finds that there is
no reason, nor any statutory authority, for modifying its
previous order.  Accordingly,

        IT IS ORDERED that plaintiff's motion to amend order
regarding filing fees is denied.

        DATED this 30th day of April, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court